■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD WILLIAMS, Appellant. [855 NYS2d 409]—Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered on or about November 9, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Nardelli and Williams, JJ.